ANTHONY MOSCA, RESPONDENT, v. ATLANTIC AND SUBURBAN RAILWAY COMPANY, APPELLANT.

Submitted March 24, 1924—Decided April 25, 1924.

On appeal from the Supreme Court, whose opinion is reported in 1 *N. J. Mis. R.* 615.

For the appellant, *Bourgeois & Coulomb.*

For the respondent, *Babcock & Champion.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, JJ. 13.

*For reversal*—None.